■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRANCE MOORE, Appellant. [668 NYS2d 893] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Katz, J.), rendered May 22, 1996, convicting him of robbery in the first degree, robbery in the second degree (two counts), assault in the second degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Any error in connection with the cross-examination of one of the defense witnesses was harmless (see, People v Ramdhan, 243 AD2d 657 [decided herewith]).

The defendant's remaining contentions are without merit. Bracken, J. P., Rosenblatt, Copertino and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, v SHARRONE MORROE, Also Known as SHANNON BROADHEAD, Appellant. [665 NYS2d 517] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered June 26, 1995, convicting her of robbery in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that she was denied effective assistance of counsel because she was improperly allowed to proceed pro se is unsupported by the record. The record reflects that the defendant was afforded meaningful representation as defense counsel was able to obtain an advantageous plea, and nothing in the record casts doubt on the effectiveness of counsel (see, People v Ford, 86 NY2d 397, 404).

The defendant's remaining contentions, including her contention that her sentence was harsh and excessive, are without merit. Rosenblatt, J. P., O'Brien, Thompson, Friedmann and Goldstein, JJ., concur.